1 Brian Nunnery, individually and d/b/a Nunnery Satellite and Home Furnishings; and Karen Nunnery, Plaintiffs-Appellants, v. City of Lamar and the Colorado Department of Transportation, Defendants-Appellees. No. 20CA1161
Court of Appeals of Colorado, Sixth Division
January 20, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Prowers County District Court No. 18CV30019 Honorable Mark A.
 MacDonnell, Judge
 
 
 
 OPINION
 
 
 
 NAVARRO, JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 Harris
 and Freyre, JJ., concur